## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court a standing of this Court's general bar or be gran by Local Rules 83.12 through 83.14.

08CV3553
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

In the Matter of                                   Case Number:

Linda S. Kagan v. Hispanic Yellow Pages Network, LLC, and John Does 1-10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hispanic Yellow Pages Network, LLC. (Defendant)

FILED
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Scott W. Fowkes, P.C. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott W. Fowkes | |
| FIRM <br> Kirkland & Ellis LLP | |
| STREET ADDRESS <br> 200 E. Randolph Dr. | |
| CITY/STATE/ZIP <br> Chicago/IL/60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 6199265 | TELEPHONE NUMBER <br> 312-861-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |