U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEA

08CV3553
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number:

Linda S. Kagan v. Hispanic Yellow Pages Network, LLC and
John Does 1 - 10

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Hispanic Yellow Pages Network, LLC

FILED
J.N
JUN 2 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Kathryn F. Taylor | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kathryn F. Taylor | |
| FIRM<br>Kirkland & Ellis LLP | |
| STREET ADDRESS<br>200 E. Randolph Drive | |
| CITY/STATE/ZIP<br>Chicago, IL  60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL 6276035 | TELEPHONE NUMBER<br>(312) 861-2000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |