IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
JUN 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LINDA S. KAGAN, )
)
    Plaintiff, )
)
v. )
)
HISPANIC YELLOW PAGES NETWORK, )
LLC, and JOHN DOES 1-10 )
)
    Defendants. )

08CV3553
JUDGE ANDERSEN
MAG. JUDGE VALDEZ

### CORPORATE DISCLOSURE STATEMENT OF DEFENDANT
### HISPANIC YELLOW PAGES NETWORK, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the undersigned counsel for Defendant Hispanic Yellow Pages Network, LLC hereby certifies that Hispanic Yellow Pages Network, LLC has no parent corporations or publicly held affiliates, and that no publicly held corporations own 10% or more of Hispanic Yellow Pages Network, LLC's stock.

Dated: June 20, 2008

                                                                                  Respectfully submitted,

                                                                                  /s/ Kathryn F. Taylor
                                                                                  Scott W. Fowkes, P.C.
                                                                                  Kathryn F. Taylor
                                                                                  Adam J. Goldstein
                                                                                  KIRKLAND & ELLIS, LLP
                                                                                  200 East Randolph Drive
                                                                                  Chicago, Illinois 60601
                                                                                  Telephone: 312/861-2000
                                                                                  Facsimile: 312/861-2200

                                                                            *Attorneys for Defendant Hispanic Yellow*
                                                                            *Pages Network, LLC*

## CERTIFICATE OF SERVICE

I, Kathryn F. Taylor, hereby certify that on June 20, 2008, I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HISPANIC YELLOW PAGES NETWORK, LLC to be served upon the following counsel of record via U.S. mail, first class, postage prepaid:

>Daniel A. Edelman
>Michelle R. Teggelaar
>Heather A. Kolbus
>Edelman, Combs, Latturner & Goodwin, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, Illinois 60603

*(signature)*
*Attorney for Defendant*
*Hispanic Yellow Pages Network, LLC*