**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINDA S. KAGAN,                              ) | |
|         Plaintiff,                          ) | Case No. 08-cv:3553 |
| v.                                         ) | |
| HISPANIC YELLOW PAGES NETWORK, LLC, and JOHN DOES 1-10,           ) | |
|         Defendants.                     ) | |

**AGREED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Hispanic Yellow Pages Network, LLC ("HYP") brings this Agreed Motion for an extension of time to answer, move or otherwise respond to plaintiff's Complaint. HYP was served with a copy of the summons and Amended Complaint on May 22, 2008, and removed this case from the Circuit Court of Cook County to this Court on June 20, 2008. As evidenced by the e-mail attached hereto as Exhibit A, plaintiffs have agreed to a one-month extension. HYP's responsive pleading would thus be due on July 31, 2008.

WHEREFORE, HYP respectfully requests that the Court enter an Agreed Order extending the time in which HYP must answer or otherwise respond to the Amended Complaint until July 31, 2008.

Date:   June 25, 2008	Respectfully submitted,


	s/ Kathryn F. Taylor
	Scott W. Fowkes, P.C.
	Kathryn F. Taylor
	Adam J. Goldstein
	KIRKLAND & ELLIS LLP
	200 East Randolph Drive
	Chicago, Illinois  60601-6636
	Telephone:    (312) 861-2000
	Facsimile:     (312) 861-2200
	*Attorneys for Hispanic Yellow Pages Network LLC*

**CERTIFICATE OF SERVICE**

    I, Kathryn F. Taylor, hereby certify that on June 25, 2008, a true and correct copy of the foregoing **AGREED MOTION FOR EXTENSION OF TIME** was served on the following by U.S. Mail, first class, with postage prepaid:

>Daniel A. Edelman
>Michelle R. Teggelaar
>Heather A. Kolbus
>Edelman, Combs, Latturner & Goodwin
>120 S. LaSalle Street
>18th Floor
>Chicago, IL 60603
>Fax: 312-419-0379

                                                              s/ Kathryn F. Taylor
                                                               Kathryn F. Taylor



"Heather Kolbus"
<hkolbus@edcombs.com>
06/16/2008 12:27 PM

To <kftaylor@kirkland.com>
cc
Subject  Kagan v. Hispanic Yellow Pages

Dear Ms. Taylor:

This email confirms that plaintiff does not oppose defendant's request/motion to extend time to answer or otherwise plead until 7/31/08.

Sincerely,

Heather Kolbus


Heather Kolbus
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)