**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| LINDA S. KAGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 08-cv:3553 |
| v. ) | |
| ) | |
| HISPANIC YELLOW PAGES NETWORK, LLC, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

To:  Counsel on the Attached Certificate of Service

PLEASE TAKE NOTICE that on July 3, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Hispanic Yellow Pages Network LLC will appear before the Honorable Wayne R. Andersen, or any judge sitting in his stead, in Courtroom 1403 at the Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT, copies of which are hereby served on you.

s/ Kathryn F. Taylor
Scott W. Fowkes, P.C.
Kathryn F. Taylor
Adam J. Goldstein
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois  60601-6636
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200
*Attorneys for Hispanic Yellow Pages Network LLC*

## CERTIFICATE OF SERVICE

    I, Kathryn F. Taylor, hereby certify that on June 25, 2008, a true and correct copy of the foregoing **NOTICE OF MOTION** was served on the following by U.S. Mail, first class, with postage prepaid:

        Daniel A. Edelman
        Michelle R. Teggelaar
        Heather A. Kolbus
        Edelman, Combs, Latturner & Goodwin
        120 S. LaSalle Street
        18th Floor
        Chicago, IL 60603
        Fax: 312-419-0379


        s/ Kathryn F. Taylor
        Kathryn F. Taylor